IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANTS LIABILITY LITIGATION | MDL DOCKET NO. 2329<br><br>1:12-md-2329-TWT |
| This Document Relates to:<br><br>Eleda Cohen, Case No. 1:12-cv-01140<br><br>Michael Lee, Case No. 1:12-cv-02039 | |

## NOTICE OF APPEARANCE OF COUNSEL
## CHERISSE HEIDI A. CLEOFE

To the Clerk of this Court and all Parties of Record:

The undersigned hereby notifies the Court and counsel that Cherisse Heidi A. Cleofe of Kiesel Law LLP is appearing as counsel of record on behalf of Plaintiffs in the above-referenced actions. Counsel respectfully requests that all future documents or communications to Plaintiffs be electronically served on the undersigned at cleofe@kiesel.law.

Dated: August 23, 2018

Respectfully Submitted,

Counsel for Plaintiffs

By: _____
Cherisse Heidi A. Cleofe
California State Bar No. 290152
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812
Email: cleofe@kiesel.law

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANTS LIABILITY LITIGATION | MDL DOCKET NO. 2329<br><br>1:12-md-2329-TWT |
| This Document Relates to:<br><br>Eleda Cohen, Case No. 1:12-cv-01140<br><br>Michael Lee, Case No. 1:12-cv-02039 | |

## NOTICE OF MANUAL FILING

To the Clerk of this Court and all Parties of Record:

We request the attached Notice of Appearance of Counsel Cherisse Heidi A. Cleofe be manually filed as we are waiting for my ECF filing login and password.

Dated: August 23, 2018

Respectfully Submitted,

Counsel for Plaintiffs

By: _____
Cherisse Heidi A. Cleofe
California State Bar No. 290152
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Tel: 310-854-4444
Fax: 310-854-0812
Email: cleofe@kiesel.law